Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> XAVIER BECERRA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms, <br><br> Defendants. | Case No. 3:20-cv-02470-WQH-WVG <br><br> **PLAINTIFFS' NOTICE OF RELATED CASES** |

Pursuant to Local Rule 40.1(f), Plaintiffs Michelle Nguyen, Dominic Boguski, Jay Medina, Frank Colletti, John Phillips, PWGG, L.P., Darin Prince, North County Shooting Center, Inc., Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC, and Second Amendment Foundation (collectively "Plaintiffs"), by and through counsel of record, provide notice of the following matters as potentially related cases: *Duncan v. Becerra*, Case No. 3:17-cv-1017-BEN-JLB, filed in the Southern District of California, on May 17, 2017; *Miller v. Becerra*, Case No. 3:19-cv-01537-BEN-JLB, filed in the Southern District of California, on August 15, 2019; *Fouts v. Becerra*, Case No. 3:19-cv-1662-BEN-JLB, filed in the Southern District of California, on September 1, 2019; and *Renna v. Becerra*, Case No. 3:20-cv-02190-DMS-DEB, filed in the Southern District of California, on November 10, 2020.

The *Duncan* case involves a Second Amendment challenge to California's categorical prohibition against "large-capacity" magazines, commonly used for self-defense and other lawful purposes as integral parts of otherwise lawfully owned and commonly used firearms. The *Miller* case involves a Second Amendment challenge to California's categorical prohibition against so-called "assault weapons," which, despite the menacing label, are commonly used for self-defense and other lawful purposes. The *Fouts* case involves a Second Amendment challenge to California's categorical prohibition against billies/batons which are also are commonly used as bearable arms for self-defense and other lawful purposes. Lastly, the *Renna* case

involves a Second Amendment challenge to California's handgun "roster" which effectively constitutes a categorical prohibition against numerous handguns commonly used as bearable arms for self-defense and other lawful purposes.

All the laws, and related regulations, policies, practices, and customs challenged in these actions carry the weight of criminal sanctions, and the plaintiffs in each case are ordinary law-abiding citizens who otherwise remain subject to such sanctions should they attempt to exercise their constitutional rights to bear arms in contravention of the statutes respectively barring their access to these bearable arms.

Thus, all four cases involve Second Amendment challenges to related California laws prohibiting the possession, manufacture, transportation, sale, and transfer of otherwise lawfully owned and commonly used bearable arms. Consequently, they all involve substantially similar legal issues concerning whether and the extent to which the state may constitutionally restrain law-abiding citizens from possessing, manufacturing, transporting, selling, and/or transferring bearable arms in common use for self-defense and other lawful purposes. Additionally, each action seeks substantially the same relief against the offending related statutory schemes—a declaration that the respective scheme is unconstitutional and an injunction against further enforcement of the same on that grounds.

All the cases involve the Attorney General, Xavier Becerra, as a defendant, and both this case and the *Renna* case involve the Director of the California

Department of Justice, Bureau of Firearms, while the *Miller* case involves the Chief of the California Department of Justice, Bureau of Firearms. This case also involves many of the same plaintiffs who are plaintiffs the *Miller* and *Renna* cases—John Phillips, PWGG, L.P., Darin Prince, Firearms Policy Coalition, San Diego County Gun Owners Political Action Committee, and Second Amendment Foundation.

Further, the consideration of this matter alongside these related matters would effect a savings of judicial effort and avoid or minimize the risk of multiple, inconsistent rulings and judgments within the same District. Accordingly, and pursuant to CivLR 40.1.h, the Clerk of the Court is requested to report the related cases to "the judges concerned at the earliest date practicable."

Date: December 18, 2020

*/s/Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
Attorneys for Plaintiffs