1   ROB BONTA, State Bar No. 202668
    Acting Attorney General of California
2   ANTHONY R. HAKL, State Bar No. 197335
    Supervising Deputy Attorney General
3   JERRY T. YEN, State Bar No. 247988
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone: (916) 210-7836
6     Fax: (916) 324-8835
      E-mail: Jerry.Yen@doj.ca.gov
7   *Attorneys for Defendants Rob Bonta, in his*
    *official capacity as California Attorney*
8   *General, and Luis Lopez, in his official*
    *capacity as Director of the Department of*
9   *Justice Bureau of Firearms*

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13
    | | |
    |---|---|
    | **MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,** | Case No. 3:20-cv-02470-WQH-MDD  **JOINT MOTION AND STIPULATION TO AMEND SCHEDULING ORDER**  Judge:            Hon. William Q. Hayes  Action Filed:   December 18, 2020 |
    |                                        Plaintiffs, | |
    |                    v. | |
    | **ROB BONTA[1], in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,** | |
    |                                      Defendants. | |

27
         _____
28       [1] Attorney General Rob Bonta is hereby substituted for former Attorney
    General Xavier Becerra.  *See* Fed. R. Civ. P. 25(d).

                                        1

1    Defendants Rob Bonta, in his official capacity as Attorney General of

2  California, and Luis Lopez, in his official capacity as Director of the Department of

3  Justice Bureau of Firearms, and Plaintiffs Michelle Nguyen, Dominic Boguski, Jay

4  Medina, Frank Colletti, John Phillips, PWGG L.P., Darin Prince, North County

5  Shooting Center Inc., Firearms Policy Coalition Inc., San Diego Gun Owners PAC,

6  and Second Amendment Foundation (collectively, Parties) hereby request that the

7  Court modify the Scheduling Order (Dkt. No. 14) in accordance with the stipulated

8  schedule set forth herein.

9    WHEREAS, the current deadline for expert disclosures and reports is August

10  19, 2021, and the current deadline for rebuttal expert disclosures and reports is

11  September 20, 2021;

12    WHEREAS, the current deadline for completing all discovery, including

13  expert discovery, is October 19, 2021;

14    WHEREAS, Defendants have retained experts, but are in the final stages of

15  processing and obtaining approval to execute contracts with the experts;

16    WHEREAS, at the Case Management Conference on May 19, 2021,

17  Defendants informed the Court that an extension to the deadlines may be needed to

18  accommodate the length of time to contract with experts;

19    WHEREAS, one of Defendants' experts is expecting a baby in late

20  September;

21    WHEREAS, for these reasons, good cause exists to extend the deadlines for

22  expert disclosures and reports, rebuttal expert disclosures and reports, and the

23  completion of all discovery by ninety (90) days; and

24    WHEREAS, for the same reasons, the Parties believe that all other pretrial

25  deadlines should likewise be extended by ninety (90) days;

26

27

28

The PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the Court modify the pretrial schedule as follows:

| | |
|---|---|
| Last Day to Serve Expert Disclosures and Reports as Required by Fed. R. Civ. P. 26(a)(2): | November 19, 2021 |
| Last Day to Serve Rebuttal Expert Disclosures and Reports as Required by Fed. R. Civ. P. 26(a)(2): | December 17, 2021 |
| Discovery (including Expert Discovery) Cut-Off: | January 21, 2022 |
| Last Day to File All Pretrial Motions (except Motions in Limine): | February 21, 2022 |
| Last Day to File Memorandum of Contentions of Fact and Law: | May 20, 2022 |
| Last Day to Comply with Pretrial Disclosure Requirements per Fed. R. Civ. P. 26(a)(3): | May 20, 2022 |
| Last Day for Counsel to Meet and Take Action Required by Civil L.R. 16.1(f)(4): | May 27, 2022 |
| Last Day for Counsel for Plaintiffs to Provide Counsel for Defendants with the Proposed Pretrial Order: | June 3, 2022 |
| Last Day to Serve and Lodge the Proposed Pretrial Conference Order: | June 10, 2022 |
| Final Pretrial Conference with Judge William Q. Hayes: | June 17, 2022 at 11:00 a.m. (or a date to be determined by the Court at its convenience) |

IT IS SO STIPULATED.

3

1  Dated:  August 12, 2021                    Respectfully submitted,

2                                             ROB BONTA
                                              Attorney General of California
3                                             ANTHONY R. HAKL
                                              Supervising Deputy Attorney General
4

5                                             _____/s/ Jerry T. Yen_____
                                              JERRY T. YEN
6                                             Deputy Attorney General
                                              *Attorneys for Defendants Rob Bonta, in*
7                                             *his official capacity as California*
                                              *Attorney General, and Luis Lopez, in*
8                                             *his official capacity as Director of the*
                                              *Department of Justice Bureau of*
9                                             *Firearms*

10
    Dated:  August 12, 2021                    The DiGuiseppe Law Firm, P.C.
11

12                                            _____/s/ Raymond M. DiGuiseppe___
                                              RAYMOND M. DIGUISEPPE
13                                            *Attorney for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**SIGNATURE CERTIFICATION**

2

3
    Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

4
Policies and Procedures Manual, I hereby certify that the content of this document

5
is acceptable to Raymond M. DiGuiseppe, counsel for Plaintiffs, and that I have

6

7
obtained his authorization to affix his electronic signature to this document.

8

9
Dated:  August 12, 2021                          */s/ Jerry T. Yen*

10                                                JERRY T. YEN
                                                 Deputy Attorney General
11                                               *Attorney for Defendants Rob Bonta, in*
                                                 *his official capacity as California*
12                                               *Attorney General, and Luis Lopez, in*
                                                 *his official capacity as Director of the*
13                                               *Department of Justice Bureau of*
                                                 *Firearms*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Nguyen, Michelle, et al. v.**          No.   **3:20-cv-02470**
                   **Xavier Becerra, et al.**

I hereby certify that on <u>August 12, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT MOTION AND STIPULATION TO AMEND SCHEDULING ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 12, 2021</u>, at Sacramento, California.

<table>
<tr><td>Lindsey Cannan</td><td>/s/ <i>Lindsey Cannan</i></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2020305120
35370920