1   ROB BONTA, State Bar No. 202668
    Acting Attorney General of California
2   ANTHONY R. HAKL, State Bar No. 197335
    Supervising Deputy Attorney General
3   JERRY T. YEN, State Bar No. 247988
    Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7836
6    Fax: (916) 324-8835
     E-mail: Jerry.Yen@doj.ca.gov
7   *Attorneys for Defendants Rob Bonta, in his
    official capacity as California Attorney*
8   *General, and Luis Lopez, in his official
    capacity as Director of the Department of*
9   *Justice Bureau of Firearms*

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13

14  **MICHELLE NGUYEN, an**          Case No. 3:20-cv-02470-WQH-MDD
    **individual; DOMINIC BOGUSKI, an**
15  **individual; JAY MEDINA, an**    **JOINT MOTION AND**
    **individual; FRANK COLLETTI, an**  **STIPULATION TO AMEND**
16  **individual; JOHN PHILLIPS, an**  **SCHEDULING ORDER**
    **individual; PWGG, L.P., a California**
17  **Limited Partnership; DARIN**
    **PRINCE, an individual; NORTH**
18  **COUNTY SHOOTING CENTER,**
    **INC., a California Corporation;**
19  **FIREARMS POLICY COALITION,**
    **INC.; SAN DIEGO COUNTY GUN**
20  **OWNERS PAC; and SECOND**
    **AMENDMENT FOUNDATION,**

21                                    Plaintiffs,

22           v.

23  **ROB BONTA, in his official capacity**
    **as Attorney General of California;**
24  **and LUIS LOPEZ, in his official**
    **capacity as Director of the**
25  **Department of Justice Bureau of**
    **Firearms,**

26                                    Defendants.

27

28

                            1

1    Defendants Rob Bonta, in his official capacity as Attorney General of
2    California, and Luis Lopez, in his official capacity as Director of the Department of
3    Justice Bureau of Firearms, and Plaintiffs Michelle Nguyen, Dominic Boguski, Jay
4    Medina, Frank Colletti, John Phillips, PWGG L.P., Darin Prince, North County
5    Shooting Center Inc., Firearms Policy Coalition Inc., San Diego Gun Owners PAC,
6    and Second Amendment Foundation (collectively, Parties) hereby request that the
7    Court modify the Amended Scheduling Order (Dkt. No. 16) in accordance with the
8    stipulated schedule set forth herein.
9        WHEREAS, the Amended Scheduling Order (Dkt. No. 16) extended the
10   discovery deadlines by 30 days, and all other pretrial deadlines remained the same
11   as previously scheduled;
12       WHEREAS, the current deadline for expert disclosures and reports is
13   September 20, 2021, and the current deadline for rebuttal expert disclosures and
14   reports is October 18, 2021;
15       WHEREAS, the current deadline for completing all discovery, including
16   expert discovery, is November 19, 2021;
17       WHEREAS, at the Case Management Conference on May 19, 2021,
18   Defendants informed the Court that an extension to the deadlines may be needed to
19   accommodate the length of time to contract with experts;
20       WHEREAS, Defendants received approval and executed a contract with an
21   expert on or about September 3, 2021;
22       WHEREAS, Defendants' expert is expecting a baby in late September, and
23   will need to attend medical appointments and otherwise prepare for the baby's
24   arrival;
25       WHEREAS, Defendants' expert will be one of the primary caregivers during
26   the first sixty (60) days of the baby's arrival and, due to the COVID-19 pandemic,
27   doctors recommend limiting the parents' and the baby's exposure to others;
28

2

WHEREAS, for these reasons, Defendants' expert will need additional time to prepare an expert report;

WHEREAS, good cause exists to extend the deadlines for expert disclosures and reports, rebuttal expert disclosures and reports, and the completion of all discovery by sixty (60) days;

WHEREAS, the current deadline for both completing all discovery and filing pretrial motions is November 19, 2021;

WHEREAS, the Parties will need at least thirty (30) days after the completion of all discovery in order to prepare and file pretrial motions; and

WHEREAS, for these reasons, the Parties believe that all other pretrial deadlines should be extended as set forth below to conform the pretrial schedule to the same time frame as originally scheduled (*see* Dkt No. 14).

The PARTIES HEREBY STIPULATE, AGREE, AND REQUEST that the Court modify the pretrial schedule as follows:

| | |
|---|---|
| Last Day to Serve Expert Disclosures and Reports as Required by Fed. R. Civ. P. 26(a)(2): | November 19, 2021 |
| Last Day to Serve Rebuttal Expert Disclosures and Reports as Required by Fed. R. Civ. P. 26(a)(2): | December 17, 2021 |
| Discovery (including Expert Discovery) Cut-Off: | January 21, 2022 |
| Last Day to File All Pretrial Motions (except Motions in Limine): | February 21, 2022 |
| Last Day to File Memorandum of Contentions of Fact and Law: | May 20, 2022 |
| Last Day to Comply with Pretrial Disclosure Requirements per Fed. R. Civ. P. 26(a)(3): | May 20, 2022 |

| | |
|---|---|
| Last Day for Counsel to Meet and Take Action Required by Civil L.R. 16.1(f)(4): | May 27, 2022 |
| Last Day for Counsel for Plaintiffs to Provide Counsel for Defendants with the Proposed Pretrial Order: | June 3, 2022 |
| Last Day to Serve and Lodge the Proposed Pretrial Conference Order: | June 10, 2022 |
| Final Pretrial Conference with Judge William Q. Hayes: | June 17, 2022 at 11:00 a.m. (or a date to be determined by the Court at its convenience) |

IT IS SO STIPULATED.

4

1  Dated:  September 8, 2021                    Respectfully submitted,

2                                               ROB BONTA
                                                Attorney General of California
3                                               ANTHONY R. HAKL
                                                Supervising Deputy Attorney General
4

5                                                     /s/ Jerry T. Yen
                                                JERRY T. YEN
6                                               Deputy Attorney General
                                                *Attorneys for Defendants Rob Bonta, in*
7                                               *his official capacity as California*
                                                *Attorney General, and Luis Lopez, in*
8                                               *his official capacity as Director of the*
                                                *Department of Justice Bureau of*
9                                               *Firearms*

10
    Dated:  September 8, 2021                    The DiGuiseppe Law Firm, P.C.
11

12                                                    /s/ Raymond M. DiGuiseppe
                                                RAYMOND M. DIGUISEPPE
13                                              *Attorney for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

Policies and Procedures Manual, I hereby certify that the content of this document

is acceptable to Raymond M. DiGuiseppe, counsel for Plaintiffs, and that I have

obtained his authorization to affix his electronic signature to this document.


Dated:  September 8, 2021                     */s/ Jerry T. Yen*

JERRY T. YEN
Deputy Attorney General
*Attorney for Defendants Rob Bonta, in
his official capacity as California
Attorney General, and Luis Lopez, in
his official capacity as Director of the
Department of Justice Bureau of
Firearms*

# CERTIFICATE OF SERVICE

Case Name:   **Nguyen, Michelle, et al. v.**          No.    **3:20-cv-02470**
                   **Xavier Becerra, et al.**

I hereby certify that on <u>September 8, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT MOTION AND STIPULATION TO AMEND SCHEDULING ORDER

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 8, 2021</u>, at Sacramento, California.

|  |  |
|:---:|:---:|
| Lindsey Cannan | /s/ *Lindsey Cannan* |
| Declarant | Signature |

SA2020305120
35451756