UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, *in his official capacity as Attorney General of California*, et al.,<br><br>Defendants. | Case No.:  20cv2470-WQH-MDD<br><br>**SECOND AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS**<br><br>**[ECF No. 17]** |

On September 8, 2021, the parties jointly moved the Court to continue the discovery deadlines by 60 days and the pretrial deadlines by 90 days. (ECF No. 17). The Court previously extended discovery deadlines by 30 days based upon delays occasioned by the need for Defendants to obtain approval to contract with experts. (ECF No. 16). The parties argue good cause exists to further extend the discovery deadlines by 60 days because Defendants' expert is expecting a baby in late September and due to caregiving responsibilities and COVID-19 precautions, Defendants' expert needs additional time to prepare an expert report. (ECF No. 17 at 2-3). The parties request that all other pretrial deadlines be extended to conform with the time frame established by the original scheduling order. (*Id.* at 3).

     The Court finds there is good cause to continue the discovery cutoff deadline by 60 days for the sole purpose of completing expert discovery. Upon due consideration, and good cause appearing, the Court also continues the pretrial deadlines as requested. Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** the parties' joint motion as follows:

     1.    All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **November 19, 2021**. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **December 17, 2021**. Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

     2.    The discovery cutoff deadline is **January 21, 2022** for the sole purpose of completing expert discovery. The parties are not permitted to conduct fact discovery after **November 19, 2021**.

     3.    Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

     4.    All other pretrial motions must be filed by **February 21, 2022**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

     5.    Upon joint request of the parties, a Mandatory Settlement Conference shall be conducted before **Magistrate Judge Mitchell D. Dembin**.

     6.    Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **May 20, 2022**.

7. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **May 20, 2022**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

8. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **May 27, 2022**.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

9. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  By **June 3, 2022**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

10. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **June 10, 2022**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

11. The final Pretrial Conference is scheduled on the calendar of the **Honorable William Q. Hayes** on **June 17, 2022** at **11:00 a.m.**

12. The parties must review the chambers' rules for the assigned district judge and magistrate judge.

13. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

14. The dates and times set forth herein will not be modified except for good

cause shown.

15. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

16. Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

All other guidelines remain as previously set.  (*See* ECF Nos. 14, 16).

**IT IS SO ORDERED.**

Dated:   September 9, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge