| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Acting Attorney General of California<br>ANTHONY R. HAKL, State Bar No. 197335<br>Supervising Deputy Attorney General<br>JERRY T. YEN, State Bar No. 247988<br>Deputy Attorney General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7836<br> Fax: (916) 324-8835<br> E-mail: Jerry.Yen@doj.ca.gov<br>*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms* | Raymond M. DiGuiseppe<br>California State Bar No. 228457<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road<br>Suite 300<br>Southport, NC 28461<br>Tel.: 910-713-8804<br>Email: law.rmd@gmail.com<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, et al,**<br><br>　　　　　　　　　　Plaintiffs,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California, et al,**<br><br>　　　　　　　　　　Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**JOINT MOTION AND STIPULATION TO AMEND SCHEDULING ORDER TO MODIFY PRETRIAL MOTIONS DEADLINE AND SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>Judge:　　　Hon. William Q. Hayes<br>Action Filed:　December 18, 2020 |

　　All parties to this case apply to the Court and agree as follows in support of this joint motion and stipulation to modify the pretrial motions deadline and set a briefing schedule for motions for summary judgment:

　　Since this Court entered the amended scheduling order concerning discovery and other pretrial proceedings on September 10, 2021 (Dkt. No. 18), the parties have

completed a substantial degree of both written fact discovery and expert discovery, including exchanges of expert reports from two experts for each party with thousands of pages of supporting materials among them. Both parties also conducted extensive expert depositions over a two-week period, which generated substantial additional materials for the record. The transcripts and admitted exhibits for these depositions are still in the production phase, as the transcript and exhibits from one of these depositions has yet to be delivered and the transcripts of the other depositions are still being reviewed for accuracy and completeness. The transcripts of these depositions span about 250 pages each, and the one yet to be produced presumably will as well.

Once all the deposition transcripts and exhibits are received, proofed, and finalized, it will take a substantial amount of time to review and analyze them in conjunction with the extensive written discovery for purposes of preparing a motion for summary judgment. The current deadline of February 21, 2022, for pretrial motions will not provide either party adequate time to prepare such a motion, particularly when the essential deposition materials are still in production and the parties likely will not have all the finalized materials for at least another week or two.

The parties believe that this case can and should be disposed of through summary judgment proceedings, and each accordingly plans to bring such a motion. Indeed, given the nature of the case as presenting primarily broad legal issues, the parties believe actual trial proceedings are neither necessary nor useful. Rather, they agree that the discovery already conducted supplies more than sufficient evidence and information on which to base a full and final summary disposition of all claims.

To this end, the parties seek to extend the deadline for pretrial motions and set a briefing schedule to allow sufficient time to conduct such summary judgment proceedings. Given the need to still await the production and finalization of all the deposition materials and the substantial amount of time that will be required for each party to review the extensive evidence and prepare the respective motions, the parties request that the pretrial motions deadline be extended to March 25, 2022, with the

opening briefs of each party to be simultaneously filed by that date, the respective opposition briefs to be simultaneously filed 21 days later on April 15, 2022, the respective reply briefs to be simultaneously filed 14 days later on April 29, 2022, and the hearing (if any) to be conducted as soon thereafter as is convenient to the Court.

As for the remainder of the pretrial dates in the scheduling order, in the interest of summarily resolving this matter without the time and expense of trial proceedings, the parties request that they be vacated pending the outcome of the summary judgment proceedings. Alternatively, should the Court wish to reset the other various dates at this time, the parties would request that it do so in accordance with the proposed briefing schedule for the summary judgment proceedings and on the specific dates most convenient to the Court based on that briefing schedule.

For these reasons, the parties hereby stipulate, agree, and request that the Court modify the pretrial scheduling order as follows:

| | |
|---|---|
| Deadline for Pretrial Motions: | March 25, 2022 |
| Summary Judgment Motions: | March 25, 2022 |
| Oppositions: | April 15, 2022 |
| Replies: | April 29, 2022 |
| Hearing: | TBD |
| Other Pretrial Dates: | Vacated or rescheduled if necessary |

Should the Court be inclined to deny the parties' joint motion and stipulation to so modify the scheduling order, they would respectfully request a status conference with the Court to discuss the best available alternatives for most efficiently and effectively pursuing summary disposition of the claims.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 31, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | |     */s/ Jerry T. Yen* |
| 6 | | JERRY T. YEN<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in* |
| 8 | | *his official capacity as Director of the Department of Justice Bureau of* |
| 9 | | *Firearms* |
| 10 | | |
| 11 | Dated: January 31, 2022 | The DiGuiseppe Law Firm, P.C. |
| 12 | |     */s/ Raymond M. DiGuiseppe* |
| 13 | | RAYMOND M. DIGUISEPPE<br>*Attorney for Plaintiffs* |

4

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Raymond M. DiGuiseppe, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:  January 31, 2022

/s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General
*Attorney for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

## DECLARATION OF SERVICE BY E-MAIL

Case Name: **Nguyen, Michelle, et al. v. Xavier Becerra, et al.**
Case No.: **3:20-cv-02470**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On January 31, 2022, I served the following documents:

**JOINT MOTION AND STIPULATION TO AMEND SCHEDULING ORDER TO MODIFY PRETRIAL MOTIONS DEADLINE AND SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

**[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION AMEND SCHEDULING ORDER TO MODIFY PRETRIAL MOTIONS DEADLINE AND SET BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

by transmitting a true copy via electronic mail, addressed as follows:

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
**E-mail Address**: law.rmd@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 31, 2022, at Sacramento, California.

| Lindsey Cannan | *[signature]* Lindsey Cannan |
|---|---|
| Declarant | Signature |

SA2020305120
35877857