UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>                Plaintiffs,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>                Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

    The matter before the Court is the parties' Joint Motion and Stipulation to Amend Scheduling Order. (ECF No. 19). Having considered the parties' Joint

Motion and Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion and Stipulation to Amend Scheduling Order (ECF No. 19) is granted. The Second Amended Scheduling Order (ECF No. 18) is amended as follows:

| | |
|---|---|
| Deadline for Pretrial Motions | March 25, 2022 |
| Summary Judgment Motions | March 25, 2022 |
| Oppositions: | April 15, 2022 |
| Replies: | April 29, 2022 |
| Hearing Date: (No oral argument unless requested by the Court) | May 6, 2022 |
| All Other Pretrial Dates | Vacated |

Dated: February 3, 2022

Hon. William Q. Hayes
United States District Court