ROB BONTA, State Bar No. 202668
Acting Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, et al,**<br><br>Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**JOINT MOTION AND STIPULATION TO AMEND BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>Judge: Hon. William Q. Hayes<br>Action Filed: December 18, 2020 |

All parties to this case apply to the Court and agree as follows in support of this motion and stipulation to amend the briefing schedule for the dispositive motions:

This Court's order setting the briefing schedule for the parties' motions for summary judgment was entered on February 3, 2022 (Dkt. No. 20), pursuant to which the opening briefs are currently due on March 25, 2022, with the opposition briefs due April 15, 2022, the reply briefs due April 29, 2022, and the hearing scheduled for May 6, 2022. Since the Court entered this order, the parties have diligently

worked to complete their respective opening briefs and accompanying statements of undisputed facts, and both parties are well into the drafting of the same. This case involves a substantial amount of written fact discovery and expert discovery, collectively including thousands of pages of discovery transcripts and exhibits. At the same, the parties have been required to balance other time-sensitive obligations, some of which were unanticipated when this briefing scheduling was established. For instance, plaintiffs' counsel has been required to file four appellate briefs, two of which plaintiffs' counsel anticipated would not be due until well after March 25th, including an appellate brief in a highly complex California Supreme Court case.

To ensure adequate time for the parties to complete and file briefing that thoroughly addresses all the relevant issues and thus best assists the Court in reaching a proper resolution of the matter, the parties respectfully request a brief additional extension of 14 days to the briefing schedule here, such that the opening briefs are simultaneously due April 8, 2022, with the opposition briefs due 21 days later on April 29, 2022, the reply briefs due 14 days later on May 13, 2022, and the hearing (if any) scheduled at the Court's convenience. For these reasons, the parties hereby stipulate, agree, and request that the Court modify the briefing schedule as follows:

| | |
|---|---|
| Deadline for Pretrial Motions: | April 8, 2022 |
| Summary Judgment Motions: | April 8, 2022 |
| Oppositions: | April 29, 2022 |
| Replies: | May 13, 2022 |
| Hearing: | TBD |

IT IS SO STIPULATED.

Dated:  March 17, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

    */s/ Jerry T. Yen*
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

Dated:  March 17, 2022

The DiGuiseppe Law Firm, P.C.

    */s/ Raymond M. DiGuiseppe*
RAYMOND M. DIGUISEPPE
*Attorney for Plaintiffs*

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jerry T. Yen, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: March 17, 2022                 */s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
*Attorneys for Plaintiffs*