UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>                      Plaintiffs,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>                      Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

    The matter before the Court is the parties' Joint Motion to Amend Briefing Schedule for Dispositive Motions. (ECF No. 21). Having considered the motion and

pursuant to the parties' stipulation, the Court finds good cause to **GRANT** the parties' motion.

IT IS HEREBY ORDERED that the previous briefing scheduling Order (ECF No. 20) is amended as follows:

| | |
|---|---|
| Deadline for Pretrial Motions | April 8, 2022 |
| Summary Judgment Motions | April 8, 2022 |
| Oppositions: | April 29, 2022 |
| Replies: | May 13, 2022 |
| Hearing Date: (No oral argument unless requested by the Court) | May 20, 2022 |

Dated: March 17, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court