1  Raymond M. DiGuiseppe
   California State Bar No. 228457
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
   Tel.: 910-713-8804
4  Email: law.rmd@gmail.com
   *Attorneys for Plaintiffs*

5

   UNITED STATES DISTRICT COURT
6  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

7  MICHELLE NGUYEN, et al, Plaintiffs | Case No. 3:20-cv-02470-WQH-WVG

8  vs. | PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

9  ROB BONTA, Attorney General of California, et al, Defendants.

10

11

12   Come now Plaintiffs, by and through their counsel of record, and move this

13  Honorable Court for summary judgment on their claims against Defendants. This

14  motion is based on the contemporaneously-filed Memorandum of Points and

15  Authorities in Support of Plaintiffs' Motion for Summary Judgment and Statement

16  of Material Facts in Support of Motion for Summary Judgment, the materials cited

17  in the Statement of Material Facts, the other documents on file with the Court, and

18  any other proceedings this Court may order in connection with the same motion.

19   As Plaintiffs demonstrate through this motion, summary judgment on all claims

20  against all Defendants is appropriate and should be granted because no genuine issue

1

1   of material fact exists and Plaintiffs are entitled to judgment as a matter of law under
2   the applicable legal standards. Plaintiffs respectfully request this motion be granted.
3   Respectfully submitted April 8, 2022,

/s/ *Raymond M. DiGuiseppe*
4   　　　　　　　　　　　　　　　　　　　Raymond M. DiGuiseppe

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20