1  Raymond M. DiGuiseppe
   California State Bar No. 228457
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
   Tel.: 910-713-8804
4  Email: law.rmd@gmail.com
   *Attorneys for Plaintiffs*

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8

| MICHELLE NGUYEN, et al, Plaintiffs | Case No. 3:20-cv-02470-WQH-WVG |
|---|---|
| vs. | NOTICE OF MOTION AND DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE DECLARATION IN SUPPORT OF THE EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| ROB BONTA, Attorney General of California, et al, Defendants. | |
| | Date: May 20, 2022 |
| | Time: No oral argument unless requested by the Court |
| | Judge: Hon. William Q. Hayes |
| | Courtroom: 14B |
| | Action Filed: Dec. 18, 2020 |

17              TO THE PARTIES AND THEIR ATTORNEYS OF RECORD

18   Based on the reasons in the declaration supporting the instant motion, Plaintiffs

19   hereby respectfully seek leave of the Court to file the Declaration of Raymond M.

20

                                    1

1  DiGuiseppe in Support of the Exhibits to Plaintiffs' Motion for Summary Judgment,

2  currently pending before this Court and set for a hearing date of May 20, 2022.

3  Respectfully submitted April 9, 2022,

/s/ *Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorney for Plaintiffs*

**Declaration of Raymond M. DiGuiseppe in Support of Motion for Leave**

1. I am lead counsel in the above-referenced case.

2. The filings for the parties' respective motions for summary judgment were due yesterday, April 8, 2022.

3. The parties made their filings yesterday afternoon, and their respective motions are now pending. Plaintiffs' motion is pending under Docket Entry No. 23.

4. Just this afternoon, while compiling and organizing the various filings in support of Plaintiffs' motion, I realized that the Declaration of Raymond M. DiGuiseppe in Support of the Exhibits to Plaintiffs' Motion for Summary Judgment (attached as an exhibit to the instant motion), which I had intended to submit along with the rest of the filings, was inadvertently omitted. This document should have been appended to or associated with the Index of Exhibits (Dkt No. 23-3).

5. As soon as I realized this today, I prepared the instant motion for filing, and I also sent an email to counsel for Defendants advising him about the situation.

6. No prejudice will ensue to any party with the filing of the Declaration in Support of the Exhibits to Plaintiffs' Motion for Summary Judgment, as it is being presented just 24 hours after the deadline. It will also assist the Court in adjudicating the motions because it further details the nature and source of the various exhibits that Plaintiffs have submitted in support of their motion for summary judgment.

1     For these reasons, Plaintiffs respectfully request leave to file the accompanying Declaration of Raymond M. DiGuiseppe in Support of the Exhibits to Plaintiffs' Motion for Summary Judgment.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information. Respectfully submitted April 9, 2022,

>/s/ *Raymond M. DiGuiseppe*
>Raymond M. DiGuiseppe
>*Attorney for Plaintiffs*