1  Raymond M. DiGuiseppe
   California State Bar No. 228457
2  The DiGuiseppe Law Firm, P.C.
   4320 Southport-Supply Road, Suite 300
3  Southport, NC 28461
   Tel.: 910-713-8804
4  Email: law.rmd@gmail.com
   *Attorneys for Plaintiffs*

5

6                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
7

8  MICHELLE NGUYEN, et al, Plaintiffs    Case No. 3:20-cv-02470-WQH-MDD

9  vs.                                    DECLARATION OF RAYMOND M.
                                          DiGUISEPPE IN SUPPORT OF
                                          EXHIBITS REFERENCED IN
10 ROB BONTA, Attorney General of California, PLAINTIFFS' OPPOSITION TO
   et al, Defendants.                     DEFENDANTS' MOTION FOR
                                          SUMMARY JUDGMENT
11

12

13

14
       **Declaration of Raymond M. DiGuiseppe in Support of Exhibits Referenced
15      in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment**

16      1.  I am lead counsel for Plaintiffs in the above-referenced matter.

17      2.  I am competent to testify to the matters set forth in this declaration, and if

18   called to do so, I would and could so testify.

19      3.  I make this declaration in support of the exhibits cited in Plaintiffs' Opposition

20   to Defendants' Motion for Summary Judgment.

1

4. Each of the exhibits referenced in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is already part of the record in the possession of the parties and lodged with the Court, having previously been presented through the parties' ECF filings in support of their respective motions for summary judgment.

5. Plaintiffs' exhibits are referenced in the form of "PMSJ, Ex. __," meaning Plaintiffs' Motion for Summary Judgment, followed by the number of the Exhibit.

6. Defendants' exhibits are referenced in the form of "DX-__," meaning Defendants' Motion for Summary Judgment, followed by the number of the Exhibit, as well as "NLF, Ex. __," meaning Defendants' Notice of Legislative Facts, followed by the number of the Exhibit, consistent with Defendants' labeling of the same.

7. The referenced exhibits are also incorporated into the Table of Authorities in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, documenting each page where each exhibit is cited within the brief, for further ease of reference.

8. The referenced exhibits include the following:

**Plaintiffs' Exhibits**

PMSJ, Ex. 2 (Mocsary Expert Declaration)

PMSJ, Ex. 3 (Mocsary Deposition)

PMSJ, Ex. 4 (Halbrook Publication)

PSMJ, Ex. 6 (APPS Report)

PMSJ, Ex. 8 (Klarevas Expert Report)

| | |
|---|---|
| 1 | **Plaintiffs' Exhibits** |
| 2 | PMSJ, Ex. 11 (Bisbee Declaration) |
| 3 | PMSJ, Ex. 13 (Moody Expert Rebuttal) |
| 4 | PMSJ, Ex. 14 (Klarevas Deposiotion) |
| 5 | PMSJ, Ex. 15 (Webster Report) |
| 6 | PMSJ, Ex. 16 (Moody Deposition) |
| 7 | PMSJ, Ex. 18 (Moody Expert Report) |
| 8 | PMSJ, Ex. 19 (Moody Expert Report Exhibits 1) |
| 9 | PMSJ, Ex. 25 (Rampage Nation) |
| 10 | PMSJ, Ex. 26 (Klarevas Guns & Ammo Article) |
| 11 | PMSJ, Ex. 27 (Klarevas Handgun Article) |
| 12 | PMSJ, Ex. 30 (Klarevas Teacher's College Seminar) |
| 13 | PMSJ, Ex. 31 (Klarevas Twitter Posts) |
| 14 | |
| 15 | **Defense Exhibits** |
| 16 | DX-17 (Klarevas Expert Report) |
| 17 | DX-19 (Bisbee Declaration) |
| 18 | DX-20 (Moody Expert Report) |
| 19 | DX-22 (Marvell-Moody) |
| 20 | DX-23 (Weil & Knox) |

**Defense Exhibits**

DX-24 (Bragg)

DX-25 (Virginia State Crime Commission)

DX-26 (Criminology and Public Policy)

DX-27 (Journal of Quantitative Criminology)

DX-28 (Wright)

DX-29 (Wasserstein)

DX-30 (*Trojan v. Settle* trial transcript)

NLF, Ex. 12 (AB 202 Leg. History)

NLF, Ex. 13 (SB 61 Leg. History)

On information and belief, counsel for Defendants is in already possession of or readily has access to all the materials referenced in this document.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and information. Respectfully submitted April 29, 2022,

                                         /s/ *Raymond M. DiGuiseppe*
                                         Raymond M. DiGuiseppe
                                         *Attorney for Plaintiffs*