UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>                                  Plaintiffs,<br><br>     v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>                                  Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

On December 18, 2020, Plaintiffs initiated this action by filing a Complaint challenging the enforcement of California Penal Code Section 27535, which restricts

the purchase of more than one handgun or semiautomatic centerfire rifle by a single person within a thirty-day period. (ECF No. 1). Plaintiffs bring two claims against Defendants pursuant to 42 U.S.C. § 1983 for violation of Plaintiffs' rights under the Second and Fourteenth Amendments.

On April 8, 2022, Plaintiffs and Defendants filed respective Motions for Summary Judgment. (ECF Nos. 23, 29). Both motions contend that the Court should apply *District of Columbia v. Heller*, 554 U.S. 570 (2008) and the "two-step framework" articulated by the Court of Appeals in adjudicating Plaintiffs' Second Amendment claim. (*See* ECF Nos. 23-1 at 15-17, ECF No. 29 at 20).

On June 23, 2022, the United States Supreme Court issued *New York Rifle & Pistol Assn., Inc. v. Bruen*, 597 U.S. ___, 2022 WL 2251305 (2022). The Court finds that additional briefing regarding the effect of *Bruen* on the resolution of the parties' Motions for Summary Judgment is appropriate.

IT IS HEREBY ORDERED that Plaintiffs and Defendants shall each file a supplemental brief addressing the following questions:

1) What standard applies to Plaintiffs' Second Amendment claim after *Bruen*?
2) How does that standard apply to resolve the Motions for Summary Judgment (ECF Nos. 23, 29)?

The parties' supplemental briefs are due on or before July 29, 2022, and are not to exceed twenty (20) pages in length. On the same date the parties may file any evidence not already presented to the Court in support of the supplemental briefs.

IT IS FURTHER ORDERED that on or before August 12, 2022, Plaintiffs and Defendants may each file a response to the opposing parties' supplemental brief, not to exceed ten (10) pages in length.

Dated: June 30, 2022

Hon. William Q. Hayes
United States District Court