| | |
|---|---|
| Rᴏʙ Bᴏɴᴛᴀ, State Bar No. 202668<br>Acting Attorney General of California<br>Aɴᴛʜᴏɴʏ R. Hᴀᴋʟ, State Bar No. 197335<br>Supervising Deputy Attorney General<br>Jᴇʀʀʏ T. Yᴇɴ, State Bar No. 247988<br>Deputy Attorney General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone:  (916) 210-7836<br>  Fax:  (916) 324-8835<br>  E-mail:  Jerry.Yen@doj.ca.gov<br>*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms* | Raymond M. DiGuiseppe<br>California State Bar No. 228457<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road<br>Suite 300<br>Southport, NC 28461<br>Tel.: 910-713-8804<br>Email: law.rmd@gmail.com<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, et al,**<br><br>                                            Plaintiffs,<br><br>        v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, et al,**<br><br>                                           Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**JOINT MOTION AND STIPULATION TO AMEND SUPPLEMENTAL BRIEFING ORDER**<br><br>Judge:             Hon. William Q. Hayes<br>Action Filed:   December 18, 2020 |

All parties to this case apply to the Court and agree as follows in support of this motion and stipulation to amend the supplemental briefing schedule:

This Court's order setting the briefing schedule for the parties' supplemental briefs was entered on June 30, 2022 (Dkt. No. 38), pursuant to which the supplemental briefs are currently due on July 29, 2022, and the response briefs due on August 12, 2022.

1

The parties' counsel have pre-planned vacations in July and August.  Thus, to ensure adequate time for the parties to complete the supplemental briefing, the parties hereby stipulate, agree, and respectfully request an extension of the supplemental briefing schedule, such that the supplemental briefs are due on August 19, 2022, and the response briefs are due on September 2, 2022.

IT IS SO STIPULATED.

Dated:  July 7, 2022                                        Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


        /s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

Dated:  July 7, 2022                                        The DiGuiseppe Law Firm, P.C.

        /s/ Raymond M. DiGuiseppe
RAYMOND M. DIGUISEPPE
*Attorney for Plaintiffs*

2

Joint Motion and Stipulation to Amend Suppl. Briefing Order (3:20-cv-02470-WQH-MDD)

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Raymond M. DiGuiseppe, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: July 7, 2022

                                               */s/ Jerry T. Yen*
                                               JERRY T. YEN
                                               Deputy Attorney General
                                               *Attorney for Defendants*

3

Joint Motion and Stipulation to Amend Suppl. Briefing Order (3:20-cv-02470-WQH-MDD)

# CERTIFICATE OF SERVICE

Case Name: **Nguyen, Michelle, et al. v. Rob Bonta, et al.**　　No.　**3:20-cv-02470**

I hereby certify that on <u>July 7, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION AND STIPULATION TO AMEND SUPPLEMENTAL BRIEFING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 7, 2022</u>, at Sacramento, California.

| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
|---|---|
| Declarant | Signature |

SA2020305120
36344870.docx