ROB BONTA, State Bar No. 202668
Acting Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California, et al,**<br><br>Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**JOINT MOTION AND STIPULATION TO AMEND SUPPLEMENTAL BRIEFING ORDER**<br><br>Judge:         Hon. William Q. Hayes<br>Action Filed: December 18, 2020 |

All parties to this case apply to the Court and agree as follows in support of this motion and stipulation to amend the supplemental briefing order:

This Court's initial order setting the schedule for supplemental briefs was entered on June 30, 2022 (Dkt. No. 38), pursuant to which the supplemental briefs and evidence were due July 29, 2022, with the responsive briefs due August 12, 2022. On the parties' joint request (Dkt. No. 39), for good cause showing, the Court extended those due dates to August 19 and September 2, respectively (Dkt. No. 40).

1    Since then, counsel for the parties have conferred and agreed that additional
2  time is necessary to ensure sufficient opportunity for both sides to prepare and submit
3  briefing and evidence that best assists the Court in adjudicating the claims at issue.
4  Both counsel must balance the work in this case with multiple time-sensitive
5  obligations in other matters over the next month, some of which were not set and thus
6  unanticipated at the time the previous joint request was submitted in this case. For
7  plaintiffs' counsel, this includes filing amended complaints and supplemental
8  briefing in other cases impacted by *Bruen*, an appellate brief in the Ninth Circuit, and
9  an appellate brief in the California Supreme Court. For defendants' counsel, this
10 includes an appellate brief in a state court case and a pretrial motion in another case
11 (due the 19th, the same day the supplemental briefing in this case is currently due).
12 Further, after the previous joint request was submitted, Defendants' counsel
13 contracted COVID-19, which impeded his work productivity over this period.
14   Preparing supplemental briefs and evidence that fully addresses the multi-
15 faceted, inherently complex issues in this case will require a substantial amount of
16 time. To ensure the parties have sufficient time to do so while properly managing
17 their time-sensitive obligations over the same period, the parties hereby stipulate,
18 agree, and respectfully request a further extension of 30 days in which to submit the
19 supplemental briefs and evidence, such that the supplemental briefs and evidence are
20 due on September 16, 2022, and the response briefs are due on September 30, 2022.
21 IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  August 8, 2022 | Respectfully submitted, |
| 2 | | The DiGuiseppe Law Firm, P.C. |
| 3 | | |
| 4 | | */s/ Raymond M. DiGuiseppe*<br>RAYMOND M. DIGUISEPPE |
| 5 | | *Attorney for Plaintiffs* |

Dated: August 8, 2022

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Jerry T. Yen*
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |
| 2 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jerry T. Yen, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document. |

Dated: August 8, 2022         /s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
*Attorneys for Plaintiffs*