UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>                             Plaintiffs,<br><br>   v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>                             Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

    The matter before the Court is the parties' Second Joint Motion to Amend Scheduling Order. (ECF No. 41). Having considered the motion and pursuant to the

parties' stipulation, the Court finds that there is good cause to **GRANT** the parties' motion.

**IT IS HEREBY ORDERED** that the Amended Supplemental Briefing Order (ECF No. 40) is amended as follows: The parties' supplemental briefs are due on or before September 16, 2022. On the same date, the parties may file any evidence not already presented to the Court in support of the supplemental briefs. The responses to the opposing parties' supplemental brief are due on or before September 30, 2022.

Dated: August 8, 2022

Hon. William Q. Hayes
United States District Court