ROB BONTA, State Bar No. 202668
Acting Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as California Attorney General, and Luis Lopez, in his official capacity as Director of the Department of Justice Bureau of Firearms*

Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, et al,**<br><br>                                Plaintiffs,<br>v.<br>**ROB BONTA, in his official capacity as Attorney General of California, et al,**<br><br>                                Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**JOINT MOTION AND STIPULATION TO AMEND SUPPLEMENTAL BRIEFING ORDER**<br><br>Judge:          Hon. William Q. Hayes<br>Action Filed:  December 18, 2020 |

All parties to this case apply to the Court and agree as follows in support of this motion and stipulation to amend the supplemental briefing order:

The parties' replies to each other's supplemental briefs are due tomorrow, September 30th. Plaintiffs' lead counsel has been diligently working on the reply brief and fully intended to have the brief timely filed by tomorrow. However, there has been death of a close relative in lead counsel's family. The funeral services are tomorrow morning, out of state. He needs to be there. So, he has had to spend most

of today traveling, and he will be preoccupied most of the day tomorrow and Saturday with the services and family gatherings. With all the work done on the brief to date, it is substantially complete. However, this process always also involves consultation with the clients, who must review the brief and raise any questions or comments they may have, which counsel must have adequate opportunity to address before finalizing the brief. Given counsel's limited availability today, tomorrow, and over the weekend, this process cannot realistically be completed by the current deadline.

Lead counsel will return home late on Sunday, October 2, 2022. Two days later, on the morning of October 4, he will be traveling to San Diego for an oral argument in another Southern District case on Friday, October 7. The same day, counsel has an appellate brief due in the Ninth Circuit. Counsel will then return home on Sunday, October 9. Given this travel and work schedule over the next 10 days, counsel will be quite constrained in his ability to complete the briefing process here.

The parties' reply briefs need to remain on the same schedule for simultaneous filing, as a matter of fairness. Lead counsel for Plaintiffs has conferred with lead counsel for Defendants, who has stipulated and agreed to an extension of the deadline to Monday, October 10, 2022, limiting the extension to the next business after Plaintiffs' lead counsel will return home from the San Diego trip.

For these reasons, the parties respectfully that the deadline to file the reply briefs be extended to Monday, October 10, 2022.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  September 29, 2022 | Respectfully submitted, |
| 2 | | The DiGuiseppe Law Firm, P.C. |
| 3 | | |
| 4 | |    */s/ Raymond M. DiGuiseppe*<br>RAYMOND M. DIGUISEPPE |
| 5 | | *Attorney for Plaintiffs* |
| 6 | | |
| 7 | Dated: September 29, 2022 | ROB BONTA<br>Attorney General of California<br>ANTHONY R. HAKL |
| 8 | | Supervising Deputy Attorney General |
| 9 | | |
| 10 | |    */s/ Jerry T. Yen*<br>JERRY T. YEN |
| 11 | | Deputy Attorney General<br>*Attorneys for Defendants Rob Bonta, in* |
| 12 | | *his official capacity as California*<br>*Attorney General, and Luis Lopez, in* |
| 13 | | *his official capacity as Director of the*<br>*Department of Justice Bureau of* |
| 14 | | *Firearms* |

3

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jerry T. Yen, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: September 29, 2022            */s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
*Attorneys for Plaintiffs*