UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>         Plaintiffs,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>         Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

  Before the Court is the parties' Third Joint Motion and Stipulation to Amend Supplemental Briefing Order. (ECF No. 45.) Having considered the motion and

pursuant to the parties' stipulation, the Court finds good cause to **GRANT** the parties' motion.

**IT IS HEREBY ORDERED** that the Amended Supplemental Briefing Order (ECF No. 40) is amended as follows: Each party's reply brief is simultaneously due on or before October 10, 2022.

Dated: October 4, 2022

Hon. William Q. Hayes
United States District Court