T

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>ROB BONTA, *in his official capacity as Attorney General of California*, et al.,<br><br>                                    Defendants. | Case No.:  20cv2470-WQH-MDD<br><br>**THIRD AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

On January 5, 2023, the Court ordered a status conference to be held regarding amended expert discovery deadlines, and that a third amended scheduling order be entered.  (ECF No. 49).  This Court held a case management conference on February 21, 2023 (ECF No. 52), and finds good cause to amend the following scheduling order and briefing deadlines:

1. All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **May 19, 2023**.  Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **June 23, 2023**. Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B).  If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

2. The amended discovery cutoff deadline, including depositions of all expert witnesses, is **July 28, 2023**.

3. Failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.

4. All other pretrial motions must be filed by **September 1, 2023**. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Motions in limine are to be filed as directed in the Local Rules, or as otherwise set by the district judge.

5. The dates and times set forth herein will not be modified except for good cause shown.

6. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

**IT IS SO ORDERED.**

Dated: February 21, 2023

Hon. Mitchell D. Dembin
United States Magistrate Judge