UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>   Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

Before the Court is the parties' Joint Motion and Stipulation to Amend the Third Amended Scheduling Order. (ECF No. 56.) Having considered the motion and

pursuant to the parties' stipulation, the Court finds good cause to grant the parties' motion.

IT IS HEREBY ORDERED that the Joint Motion and Stipulation to Amend the Third Amended Scheduling Order (ECF No. 56) is granted. The Third Amended Scheduling Order (ECF No. 53) is amended as follows:

| | |
|---|---|
| Deadline for Pretrial Motions: | September 15, 2023 |
| Oppositions: | October 13, 2023 |
| Replies: | October 27, 2023 |
| Oral Argument: | Will be set by the Court at a later date |

Dated: August 25, 2023

Hon. William Q. Hayes
United States District Court