Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, et al, Plaintiffs<br><br>vs.<br><br>ROB BONTA, Attorney General of California, et al, Defendants. | Case No. 3:20-cv-02470-WQH-MMP<br><br>PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT<br><br>Date: To be set by the Court<br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

    Come now Plaintiffs, by and through their counsel of record, and move this Honorable Court for summary judgment on their claims against Defendants. This motion is based on the contemporaneously-filed Memorandum of Points and Authorities in Support of Plaintiffs' Renewed Motion for Summary Judgment and Statement of Material Facts in Support of Renewed Motion for Summary Judgment, the materials cited in the same, the other documents on file with the Court, and any other proceedings this Court may order in connection with the same motion.

    As Plaintiffs demonstrate through this motion, summary judgment on all claims against all Defendants is appropriate and should be granted because no genuine issue of material fact exists and Plaintiffs are entitled to judgment as a matter of law under the applicable legal standards. Plaintiffs respectfully request this motion be granted.

1

1
2    Respectfully submitted September 15, 2023,
3
                                            /s/ *Raymond M. DiGuiseppe*
                                            Raymond M. DiGuiseppe
4                                           The DiGuiseppe Law Firm, P.C.
                                            116 N. Howe Street, Suite A
5                                           Southport, NC 28461
                                            Tel.: 910-713-8804
6                                           Email: law.rmd@gmail.com
7                                           *Attorney for Plaintiffs*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2