Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, et al, Plaintiffs<br><br>vs.<br><br>ROB BONTA, Attorney General of California, et al, Defendants. | Case No. 3:20-cv-02470-WQH-MMP<br><br>INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT<br><br>Date: To be set by the Court<br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B |

**Index of Exhibits to Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Renewed Motion for Summary Judgment**

Plaintiffs submit this Index of Exhibits to Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Renewed Motion for Summary Judgment. Local Rule 5.1(e) provides as follows: "*Except where compliance is impracticable*, exhibits must be paged in consecutive numerical order and each page must show the exhibit number either immediately above or below the page number." Plaintiffs submit that attempting to paginate each individual page of each exhibit here is impracticable and would involve an undue consumption of time and resources, given the voluminosity and length of the exhibits, which span hundreds of pages in total. Additionally, most of the exhibits cannot practically or consistently be paginated

1

given the nature of the text, graphics, and/or contents of their pages, and attempting to do so could create confusion. Relying on the original pagination intrinsic to each exhibit is the clearest and most efficient form of reference for the reader. The original pagination in each exhibit is clear and legible, and it was created by a publication service with standard pagination for all copies produced, which would generally be best to follow for all parties and the Court to promote clarity and consistency in referencing the same. Accordingly, Plaintiffs have identified and referred to the various exhibits in their Memorandum of Points and Authorities by reference to the original pagination of each exhibit. In addition to this Index, Plaintiffs have appended a cover page for each exhibit to further enhance the ease of reference.

The exhibits and descriptions are as follows:

| Exhibit No. | Title/Description |
|---|---|
| 1. | **Stipulation of Facts** |
| 2. | *The History of Firearm Magazines and Magazine Prohibitions* |
| 3. | *NSSF Announces Over 24 Million MSRs in Circulation* |
| 4. | *Not All History Is Created Equal* |
| 5. | *The Right to Bear Arms in the First State Bills of Rights* |
| 6. | *Firearms Law and the Second Amendment* |
| 7. | *The Right to Train: A Pillar of the Second Amendment* |
| 8. | *Counting Guns in Early America* |
| 9. | *Colonial Firearms Regulation* |
| 10. | *Military Obligation: The American Tradition* |
| 11. | **Legislative History** |

Respectfully submitted September 15, 2023,

/s/ *Raymond M. DiGuiseppe*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorney for Plaintiffs*

3