# Memorandum of Points and Authorities in Support of Plaintiffs' Renewed Motion for Summary Judgment

# Exhibit 1
# Stipulation of Facts

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, in his official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | Case No. 3:20-cv-02470-WQH-MDD<br><br>**STIPULATION OF FACTS**<br><br>Judge: Hon. William Q. Hayes<br>Action Filed: December 18, 2020 |

1

The parties to this action stipulate to the following facts:

1. Each Individual Plaintiff (Nguyen, Boguski, Medina, Colletti, Phillips and Prince) is a natural person, resident of San Diego County, citizen of the United States, and Member of Institutional Plaintiffs Firearms Policy Coalition, Inc., San Diego Gun Owners PAC, and Second Amendment Foundation.

2. Solely for the purposes of establishing standing and ripeness in this litigation, the parties stipulate that each Individual Plaintiff is not disqualified by federal or state law from owning or possessing firearms.

3. Plaintiffs Prince and Phillips are listed as firearms dealers in the California DOJ's Centralized List of Firearms Dealers for Retailer Plaintiffs North County Shooting Center Inc. ("NCSC") and PWGG L.P. ("PWGG"), respectively.

4. Retailer Plaintiffs NCSC and PWGG are federally licensed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") as Federal Firearms Licensees ("FFL").

5. Each individual Plaintiff actively desires and intends to purchase two or more handguns, two or more semiautomatic centerfire rifles, or a combination of two or more handguns and semiautomatic centerfire rifles, in a single transaction within a 30-day period from a licensed dealer, and each Plaintiff would do so but for the laws being challenged in this action ("Challenged Laws").

6. Institutional Plaintiffs Firearms Policy Coalition, Inc., San Diego Gun Owners PAC, and Second Amendment Foundation bring this action on behalf their members and supporters similarly situated to Individual Plaintiffs, who actively desire and intend to purchase two or more handguns, two or more semiautomatic centerfire rifles, or a combination of two or more handguns and semiautomatic centerfire rifles, in a single transaction within a 30-day period from a licensed dealer, and would do so but for the Challenged Laws.

7. Defendants have enforced, and are continuing to enforce the Challenged Laws.

1    8.  Because of the Challenged Laws, Retailer Plaintiffs are prevented from
2 selling two or more handguns, two or more semiautomatic centerfire rifles, or a
3 combination of two or more handguns and semiautomatic centerfire rifles, within a
4 30-day period to individuals not otherwise disqualified by federal or state law from
5 owning or possessing firearms.

3