# Memorandum of Points and Authorities in Support of Plaintiffs' Renewed Motion for Summary Judgment

## Exhibit 3

## *NSSF Announces Over 24 Million MSRs in Circulation*





NEWS

Back to News

JULY 20, 2022

# COMMONLY OWNED: NSSF ANNOUNCES OVER 24 MILLION MSRS IN CIRCULATION

We use cookies to ensure we give you the best experience on our website. By clicking "Accept" or using our website, you consent to the use of cookies unless you have disabled them. ACCEPT

(ATF) Annual Firearms Manufacturing and Exportation Report (AFMER) and U.S. International Trade Commission (U.S. ITC) data, in cooperation with manufacturers, importers and exporters of MSRs, or AR-15 and AK-style rifles. This most recent estimate includes production figures current through 2020, when the industry estimates over 2,798,000 of these rifles were produced or imported. This estimate does not include MSRs that were produced and exported or imported and later exported.

The MSR remains the most-popular selling centerfire semiautomatic rifle in the United States today. There are **more** MSRs in circulation today than there are Ford F-Series trucks on the road.

"This is a truly significant figure that demonstrates – again – the popularity of this commonly-owned style of rifle," said NSSF President and CEO Joe Bartozzi. "The firearm industry responds to market demand and this shows that during the elevated period of firearm sales that began in 2020, this particular style of rifle is the top choice for law-abiding citizens for hunting, recreational shooting and self-defense."

The MSR's **popularity** for lawful ownership is attributable to several factors, including accuracy, reliability, modularity and low recoil.

We use cookies to ensure we give you the best experience on our website. By clicking "Accept" or using our website, you consent to the use of cookies unless you have disabled them. ACCEPT




| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |

We use cookies to ensure we give you the best experience on our website. By clicking "Accept" or using our website, you consent to the use of cookies unless you have disabled them.    ACCEPT

 

*The National Shooting Sports Foundation is the trade association for the firearm industry. Its mission is to promote, protect and preserve hunting and the shooting sports. Formed in 1961, NSSF has a membership of thousands of manufacturers, distributors, firearms retailers, shooting ranges, sportsmen's organizations and publishers nationwide. For more information, visit* nssf.org.

---

Media contact:
Mark Oliva
202-220-1340

**Share This Article**

**ategories:** Government Relations, Industry News, Manufacturers, Media, Press Releases, Ranges, ..etailers, Top Stories

Previous Article

Next Article

## Featured Articles

MARCH 7, 2023

Completing Form 4473 2023 Edition SHOT University Online Training Live Now

WASHINGTON, D.C. – NSSF® , The Firearm Industry Trade Association, is pleased to announce that the training series titled "Completion of the ATF Form 4473... **Read More**

MARCH 7, 2023

We use cookies to ensure we give you the best experience on our website. By clicking "Accept" or using our website, you consent to the use of cookies unless you have disabled them. ACCEPT