**Memorandum of Points and Authorities in Support of Plaintiffs' Renewed Motion for Summary Judgment**

**Exhibit 10**
*Military Obligation: The American Tradition*

BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

## THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*

*From the Earliest Settlements*

*of the Original Thirteen Colonies in 1607*

*Through the*

*Articles of Confederation 1789*

.

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 2. CONNECTICUT ENACTMENTS

THE SELECTIVE SERVICE SYSTEM

## 1947

Digitized by Google

## CLEARANCE COMMITTEE

Brig. Gen. Carlton S. Dargusch, *Chairman*

COL. VICTOR J. O'KELLIHER     LT. COL. ARTHUR BOONE

COL. LEWIS F. KOSCH     LT. COL. IRVING HART

COL. WILLIAM HART     MR. KENNETH H. McGILL

### PREPARED AND COMPILED BY
Lt. Col. Arthur Vollmer

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.


Digitized by Google

*ACTS AND LAWS.*

## 158   Forming, and Regulating the Militia, &c.

That every Trooper shall always be provided with a good serviceable Horse, not less than Fourteen Hands High, to the Acceptance of the Two Chief Commission Officers of the Troop to which he belongs, covered with a good Saddle, with Housing, and other proper Furniture thereto, Bitt, Bridle, and Holsters ; and furnished with a Carbine, the Barrel not less than Two Feet, and Half Long, with a Belt, and Swivel, a Case of good Pistols, a Sword, or Cutlass, a Flask, or Cartouch-Box, one Pound of good Powder, Three Pounds of sizeable Bullets, Twenty Flints, a good pair of Boots, and Spurs ; on Penalty of *Four Shillings*, and *Six-pence* for want of such Horse as is hereby Ordered ; and *One Shilling* for each other Defect : And the like Sum for every Six Weeks he shall remain Unprovided.

**How Troopers must be furnished.**

And that each Trooper List his Horse, and shall not Dispose thereof without the Consent of the Chief Officer ; on Penalty of *Forty Shillings*.

**Troopers to List their Horses.**

And for Non-Appearance at the Time, and Place appointed for Exercise, every Listed Trooper shall pay a Fine of *Four Shillings* for each Days Neglect.

**Fine of 4 s. for neglect of Exercise.**

That each Company, or Troop shall Choose some suitable Person to be Clerk, who shall be Sworn to a faithful Discharge of his Office, before some Assistant, or Justice of the Peace, in the Words following, Viz.

**Clerks to be Chosen and Sworn.**

YOU do Swear truly to perform the Office of a Clerk of the Military Company under the Command of *A. B.* to the utmost of your Skill, and Power, in all things Appertaining to said Office according to Law. *So help you God.*

**Their Oath.**

And every Clerk so Chosen, and Sworn, shall give his Attendance in the Field with his Sword by his Side on every of the Muster, or Training-Days, by his Captain, or Chief Officer appointed ; to call over the Roll of the Soldiers, and to take Notice of their Defects, by their Absence, or Otherwise.

**Clerks Duty on Training Days.**

And every such Clerk shall take an exact List of all the Soldiers within his Limits, Twice in every Year at least, and deliver to the Captain or Chief Officer of the Company of which he is Clerk, a true Copy of such List Twice in every Year, if thereto Required, and also deliver a true, and exact Account of the Number of Officers and Soldiers contained in his List to the Colonel, or Chief Officer of the Regiment to which said Company belongs, under his Hand, and Test, as Clerk, some time in the Month of *September*, Annually, and oftner if by such Chief Officer required, on penalty of Forfeiting the Sum of *Ten Shillings* for every such Neglect to the use of the Company, or Troop to which he belongs : Which Fine shall be Levied by Distress, and Sale of the Offenders Goods, by Warrant from the Chief Officers of said Company, or Troop directed to the Constable of the Town in which said Clerk Dwells.

**Clerks Twice a Year to take a List of all the Soldiers in their Limits, and give a Copy thereof to their Captains.**

And every such Clerk is hereby Authorized, and Required to Execute all Lawful Warrants by his Superior Officers to him directed, for the levying any Fine, or Fines, on Delinquents, together with the necessary Charges arising thereon ; being by virtue of such Warrants as fully Impowred thereto as Constables are in other Cases, and shall have the same Fees, and shall account for such Fines to the Chief Officer of the Company whereto he belongs.

**And to Execute all lawful Warrants, &c.**

That

Digitized by Google

BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

## THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*

*From the Earliest Settlements*

*of the Original Thirteen Colonies in 1607*

*Through the*

*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 6.  MASSACHUSETTS ENACTMENTS

THE SELECTIVE SERVICE SYSTEM

## 1947

Digitized by Google

## CLEARANCE COMMITTEE

Brig. Gen. Carlton S. Dargusch, *Chairman*

COL. VICTOR J. O'KELLIHER      LT. COL. ARTHUR BOONE

COL. LEWIS F. KOSCH      LT. COL. IRVING HART

COL. WILLIAM HART      MR. KENNETH H. McGILL

### PREPARED AND COMPILED BY
Lt. Col. Arthur Vollmer

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.

Digitized by Google

Case 3:20-cv-02470-WQH-MMP   Document 60-14   Filed 09/15/23   PageID.6309   Page 7 of 22

[Sect. 5.]   That every listed souldier and other householder (except troopers) shall be alwayes provided with a well fixt firelock musket, of musket or bastard musket bore, the barrel not less then three foot and a half long, or other good firearms to the satisfaction of the commission officers of the company, a snapsack, a coller with twelve bandeleers or cartouch-box, one pound of good powder, twenty bullets fit for his gun, and twelve flints, a good sword or cutlace, a worm and priming-wire fit for his gun ; on penalty of six shillings for want of such arms as is hereby required, and two shillings for each other defect, and the like sum for every four weeks he shall remain unprovided, the fine to be paid by parents for their sons under age and under their command, and by masters or heads of families for their servants, other than servants upon wages. <span style="float:right">*Foot soldiers how to be armed.*</span>

[Sect. 6.]   That every trooper shall be always provided with a good serviceable horse of five pounds value, and not less than fourteen hands high (the same to be determined by the two chief commission officers), covered with a good saddle, bit, bridle, holsters, pectoral and crooper ; and furnished with a carbine, the barrel not less than two foot and half long, with a belt and swivel, a case of good pistols, with a sword or cutlace, a flask or cartouch-box, one pound of good powder, three pounds of sizeable bullets, twenty flints, and a good pair of boots and spurs ; on penalty of twelve shillings for want of such horse as is hereby ordered, and three shillings apiece for every other defect, and the like sum for every six weeks he shall remain unprovided : and that each trooper list his horse, and shall not dispose thereof without the consent of his chief officer, on the penalty of five pounds ; and for non-appearance at the time and place appointed for exercise, every listed trooper for each daye's neglect shall pay ten shillings fine. <span style="float:right">*Troopers how to be furnished*</span>

[Sect. 7.]   That there may be two troops in a regiment, each of which troops shall not exceed sixty men with officers.

[Sect. 8.]   That regimental musters (except in Boston) shall be but once in three years, and every captain or chief officer of any company or troop, in any regiment, shall be obliged on penalty of five pounds to draw forth his company or troop, or cause them to be drawn forth, four dayes annually, and no more, to exercise them in motions, the use of arms, and shooting at marks, or other military exercises ; which every person liable to train having been duely warned, and not appearing and attending the same, shall for each day's neglect pay a fine of five shillings. <span style="float:right">*Regimental musters and training of particular companies. 1 Mass. 458, note.*</span>

[Sect. 9.]   That the commission officers of any company or troop, or the major part of them, may order the correcting and punishing disorders and contempt on a training day, or on a watch, the punishment not being greater than laying neck and heels, riding the wooden horse, or ten shillings fine. <span style="float:right">*Commission officers' powers.*</span>

[Sect. 10.]   That there be military watches appointed and kept in every town at such times, in such places and in such numbers, and under such regulations as the chief military officers of each town shall appoint, or as they may receive orders from the chief officer of the regiment ; and that all persons able of body or that are of estate (and not exempted by law), shall, by themselves or some meet person in their stead, to the acceptance of the commander of the watch, attend the same, on penalty of five shillings for each defect, there having been due warning giving. <span style="float:right">*Military watches. 10 Allen, 581.*</span>

[Sect. 11.]   Every souldier or other person liable by law refusing or neglecting to attend military exercises on training dayes, or military watches, that shall not pay, or have no estate to be found whereon to levy the fine, it shall be in the power of the captain or chief officers of such company, on the next training day after such neglect (he not having satisfied the clerk), to punish him for such offence, by <u>laying neck</u> <span style="float:right">*Penalty for not attending military exercises.*</span>

17

Digitized by Google

BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

## THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*

*From the Earliest Settlements*

*of the Original Thirteen Colonies in 1607*

*Through the*

*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 7.  NEW HAMPSHIRE ENACTMENTS

THE SELECTIVE SERVICE SYSTEM

## 1947

Digitized by Google

## CLEARANCE COMMITTEE

Brig. Gen. Carlton S. Dargusch, *Chairman*

| | |
|---|---|
| Col. Victor J. O'Kelliher | Lt. Col. Arthur Boone |
| Col. Lewis F. Kosch | Lt. Col. Irving Hart |
| Col. William Hart | Mr. Kenneth H. McGill |

### PREPARED AND COMPILED BY

Lt. Col. Arthur Vollmer

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.

Digitized by Google

cincts of such Troop or Company, and present the same to the Captain, or Chief Officer, on pain of forfeiting Forty Shillings for each default, to be paid to the Captain or Chief Officer to the use of the Company: And in case of Non-payment to be levied by Distress and Sale of the Offenders Goods, by virtue of a Warrant from the Captain or Chief Officer, who is hereby impowred to grant the same.

3. That every Person Listed in any Troop or Company shall so continue & attend all Duty in such Troop or Company, or otherwise suffer the penalty by Law provided, until orderly dismist, or removed out of the Town or Precinct; and in case of removal into the Precinct of another Company in the same Town, to produce a Certificate under the hand of the Captain or Chief Officer of the Precinct whereto he is removed, that he is Listed there.

4. If any Person liable to be Listed, as aforesaid, do exempt himself by shifting from house to house, or place to place to avoid being so Listed, he shall pay as a fine for every such offence to the use of the Company to which he belongs, Ten Shillings, being convicted before any Justice of the Peace of this Province.

5. That every Listed Souldier and Housholder, (except Troopers) shall be always provided with a well fix'd, Firelock Musket, of Musket or Bastard-Musket bore, the Barrel not less than three foot and a half long; or other good Fire-Arms, to the satisfaction of the Commission Officers of the Company, a Snapsack, Cartouch-Box, One Pound of good Powder, Twenty Bullets fit for his Gun, and Twelve Flints, a good Sword or Cutlash, a Worm and Priming-Wire fit for his Gun; on Penalty of Six Shillings for want of such Arms, as is hereby required, and Two Shillings for each other defect, and the like Sum for every Four Weeks he shall remain unprovided; the fine to be paid by Parents for their Sons under Age, and under their command, and by Masters or Heads of Families for their Servants, other than Servants upon Wages.

6. That every Trooper shall be always provided with a good Serviceable Horse of Ten Pounds value, and not less than Fourteen hands high, the same to be determined by the Two Chief Commission Officers, covered with a good Saddle, Bit, Bridle, Holsters, Pectoral, and Crooper, and firnished with a Carbine, the Barrel not less than Two Foot and half long, with a Belt and Swivel, a Case of good Pistols, with a Sword or Cutlash, a Flask or Cartouch-Box, One Pound of good Powder, Three Pound of sizeable Bullets, Twenty Flints, and a good pair of Boots, and Spurs; on penalty of Twelve Shillings for want of such Horse, as is hereby ordered, and Three Shillings a piece for every other defect, and the like Sum for every Six Weeks he shall remain unprovided: And that each Trooper list his Horse, and shall not dispose thereof, without the consent of his Chief Officer; on the penalty of Five Pounds: And for Non-appearance at the Time and Place appointed for Exercise, every Listed Trooper for each days neglect shall pay Ten Shillings fine.

7. That there may be Two Troops in a Regiment, each of which Troops shall not exceed Sixty Men with Officers.

Digitized by Google

# BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

## THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*

*From the Earliest Settlements*

*of the Original Thirteen Colonies in 1607*

*Through the*

*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 8.   NEW JERSEY ENACTMENTS

# THE SELECTIVE SERVICE SYSTEM

# 1947

Digitized by Google

## CLEARANCE COMMITTEE

BRIG. GEN. CARLTON S. DARGUSCH, *Chairman*

COL. VICTOR J. O'KELLIHER     LT. COL. ARTHUR BOONE

COL. LEWIS F. KOSCH     LT. COL. IRVING HART

COL. WILLIAM HART     MR. KENNETH H. McGILL

## PREPARED AND COMPILED BY

LT. COL. ARTHUR VOLLMER

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.



ſtable, ſhall, when recovered, be paid to the Juſtice who iſſued the Warrant, who is hereby directed to pay the ſame to the Collector of the Diſtrict in which the Offender reſides.

**Three Companies of Horſe;** 23. AND WHEREAS light Horſe are extremely uſeful and neceſ-ſary, BE IT THEREFORE ENACTED *by the Authority aforeſaid*, That three Companies of Horſe ſhall be embodied in this State, and no more; that each Company ſhall conſiſt of thirty-three Privates, and be offi-cered by a Captain, Lieutenant and Cornet, who ſhall be conſidered as of equal Rank with the Captains, firſt Lieutenants and Enſigns of Foot Militia.

**their Regulations,** 24. THAT the Officers and Privates in every Troop ſhall, in every Reſpect (ſave that of Equipment and Forfeiture for Want thereof) be conformable to the Regulations herein eſtabliſhed for the Government of the Foot Militia.

**and Accoutrements.** 25. THAT every Trooper ſhall furniſh himſelf with a good Horſe, a good Bridle and Saddle, Holſters and Caſe of Piſtols well fitted, a Sword or Cutlaſs, a well fixed Carbine, with Belt, Swivel and Sling, and a Cartouch Box that will contain twelve Rounds of Cartridges, under the Forfeiture of *Six Pounds* for the Want of a Horſe, and of *Twenty Shillings* for the Want of a Saddle and Bridle, or Carbine, or Holſters and Caſe of Piſtols, and of *Three Shillings* for the Want of any of the other Articles.

**Troopers to have Powder and Ball.** 26. THAT every Trooper ſhall, at his Place of Abode, be pro-vided with one Pound of good merchantable Gun-Powder, and three Pounds of Ball fitted to his Carbine and Piſtols, under the Forfeiture of *Three Shillings* for the Want of any of the ſaid Articles : All which Fines and Forfeitures ſhall be levied and paid in Manner aforeſaid.

**Who may enliſt in the Horſe.** 27. THAT no Perſon, ſave ſuch only as is able to furniſh himſelf with all the Accoutrements neceſſary to equip a Trooper, ſhall enliſt in any of the ſaid Companies of Horſe.

**Pay and Rations of the Horſe.** 28. THAT the Horſe Militia, when in actual Employ, ſhall, as a Compenſation for their perſonal Service, have the ſame Pay, Rations and Allowance as the Horſe of the United States of *America* ; and, as the Horſemen furniſh themſelves with Horſes, they ſhall, when in actual Service, be allowed at the Rate of *One Shilling and Six-pence* a Day over and beſides the Continental Pay, as a Compenſation for the Uſe of their Horſes.

**Power of the Captain-General.** 29. THAT the Captain-General or Commander in Chief for the Time being, in caſe of Invaſion, Inſurrection or Alarm, or in Time of War, may, and he is hereby empowered to call into actual Service the whole Militia, or to order ſuch Detachments as he ſhall judge neceſſary ; and on Application of the Congreſs, or the Commander in Chief of the Continental Army, it ſhall and may be lawful for the Commander in Chief of this State for the Time being, with the Advice of the Legiſ-lature when ſitting, or, in their Receſs, with the Advice of the Privy Council, to order the ſaid Militia, or any Part thereof, to aſſiſt the Con-tinental

**45**

Digitized by Google

BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

## THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*
*From the Earliest Settlements*
*of the Original Thirteen Colonies in 1607*
*Through the*
*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 9.   NEW YORK ENACTMENTS

THE SELECTIVE SERVICE SYSTEM

1947

Digitized by Google

A.T
ML
U588b
V.2
Pt.9

## CLEARANCE COMMITTEE

Brig. Gen. Carlton S. Dargusch, *Chairman*

| | |
|---|---|
| COL. VICTOR J. O'KELLIHER | LT. COL. ARTHUR BOONE |
| COL. LEWIS F. KOSCH | LT. COL. IRVING HART |
| COL. WILLIAM HART | MR. KENNETH H. McGILL |

### PREPARED AND COMPILED BY
Lt. Col. Arthur Vollmer

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.



**Regimental staff.**

advice and consent of the council of appointment to appoint another or not) and by four serjeants, four corporals one drummer and one fifer — And the staff of each regiment shall be, one adjutant and one quarter master who shall repectively rank as first lieutenants, and the serjeants, corporals, drummers and fifers, shall be appointed from time to time by the captains or other commanding officers of the several companies; and if any non commissioned officer so to be appointed shall refuse to accept the office to which he shall be appointed he shall forfeit the sum of forty shillings, to be adjudged levied and disposed of, in manner as is herein after directed with respect to fines for neglecting or refusing to appear to train and exercise as is herein after mentioned.

**Colors, drum and fife.**

V. That each regiment shall be provided with a standard of colours at the expence of the field officers, and each company with a drum and fife at the expence of the commissioned officers thereof —

**Troops of horse and grenadiers.**

VI. That there may be a troop of horse in each brigade and two troops of horse in the county of Westchester and a company of grenadiers in each regiment of foot which may conveniently furnish the same—

**Of whom to be composed.**

That the said troops of horse and companies of grenadiers shall respectively, be formed and composed of volunteers in the respective brigades and regiments residing at such convenient distances from each other that they may with ease and dispatch be called out for training, discipline or other service.    Provided that no troop of horse shall be established without the consent of the brigadier or commanding officer of the brigade; and that no grenadier company shall be established in any regiment without the consent of all the field officers; and that no troop of horse or grenadier company shall exceed fifty men officers included; and that no person shall hereafter inlist in any troop of horse or grenadier company without the consent of the commanding officer of the regiment in which he shall reside.—

**Proviso as to consent of brigadier, etc.**

**Enlistments to be certified.**

VII. That on every such inlistment of a volunteer the captain of a troop of horse or company of grenadiers do immediately certify to the captain of the beat from which such volunteer shall inlist, the inlistment of the said volunteer.—

**Equipment of troopers and grenadiers.**

VIII. That each trooper shall be equipped and provided with a good serviceable horse at least fourteen hands high, a good saddle, housing, holsters, breast plate and crupper, a case of good pistols, a good horsemans sword, a pair of boots and spurs, and a carbine well fixed with a good belt, swivel and bucket, and a cartridge box to contain twelve cartridges at least; and that each grenadier shall be equiped and provided with a grenadier's cap, a good musket and bayonet, a broad sword, a belt and pouch or cartridge box, and so equipped and provided the troopers and grenadiers shall respectively be called out under the direction of their respective officers as is hereby required with respect to the rest of the militia.

**To be called out.**

**Regimental parades.**

IX. That each colonel or commanding officer of a regiment shall in the months of May and October in every year, call out his regiment to his regimental parade, (which shall be the place in the district of the regiment the most convenient for that purpose,) and having paraded the same, shall require from the captain or commanding officer of every beat in the regiment a return thereof, expressing the exempts and the absentees, and the causes of the respective exemptions and absences; cause the said regiment, except the exempts then paraded, to be called by the company rolls; and the arms, ammunition and accoutrements of each man to be examined, and the defaulters to be noted, and shall cause them to be sufficiently exercised, trained and disciplined; and shall within two weeks there after make or cause to be made a true regimental

Digitized by Google

BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

## THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*

*From the Earliest Settlements*

*of the Original Thirteen Colonies in 1607*

*Through the*

*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 10.   NORTH CAROLINA ENACTMENTS

THE SELECTIVE SERVICE SYSTEM

## 1947

Digitized by Google

# CLEARANCE COMMITTEE

BRIG. GEN. CARLTON S. DARGUSCH, *Chairman*

COL. VICTOR J. O'KELLIHER      LT. COL. ARTHUR BOONE

COL. LEWIS F. KOSCH      LT. COL. IRVING HART

COL. WILLIAM HART      MR. KENNETH H. McGILL

## PREPARED AND COMPILED BY

### LT. COL. ARTHUR VOLLMER

GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.

Digitized by Google

**336**      LAWS OF NORTH CAROLINA—1756.

such Musters, Sickness or Accident Excepted, he or they so offending, shall forfeit and pay the Sum of Twenty Pounds, Proclamation Money, to be recovered and applied as other Fines herein mentioned.

VII.  And be it Enacted by the Authority aforesaid, That every Captain of a Company, shall, five Times Every Year, at such Times and Places, within their Several Districts, as their respective Colonels shall appoint, muster his Company, and see that every soldier in his Company be furnished with such Arms, Ammunition and Acoutrements, as in and by this Act is directed, under the Penalty of Five Pounds Proclamation Money, for each Muster he shall neglect, to be levied and applied as hereafter is directed; And that each and every Company belonging to the several Regiments of the Militia, shall consist of not less than Fifty Private Men, one Clerk, three Serjeants, three Corporals, and one Drummer.

VIII.  And be it further Enacted by the Authority aforesaid, That it shall and may be lawful for the Governor or Commander in Chief for the Time being, to appoint a Troop or Troops of light Horse, in any County of this Province; which Troop or Troops, so appointed, shall be exempt from mustering in any of the Foot Companies within their several Counties, and shall be mounted on Horses not less than fourteen Hands high, and accoutred with a good Case of Pistols, a Carabine, with a Swivel, Belt and Bucket, a broad Sword, and Cartridge Box, with twelve Charges of Powder and Ball, all of his own Property, and subject to muster as many Times, as well with Regard to private Musters, as to the General Muster of the County, and under the same Penalties, as in and by this Act is before directed for the Foot to muster.

IX.  And be it further Enacted by the Authority aforesaid, That it shall and may be lawful for the Field Officers and Captains of every County, or the major Part of them, whereof, the Colonel, Lieutenant-Colonel, or Major shall be one: and they are hereby required to meet at the Court-house or Place of general Muster of their Counties, respectively, on the Days next following the respective general Musters, which shall be in their Counties, then and there to hold a Court-Martial; which said Court shall have full Power to adjourn, from Day to Day, not exceeding three Days, and enquire into the Age and Abilities of all Persons inlisted, and to exempt such as they judge incapable of Service; and of all Neglects and Omissions, as well by any Officer as Delinquent, returned by the Captains and other Officers for Absence from Musters, or appearing without Arms and Accoutrements as by this Act required; and to order the Fines inflicted by this Act to be levied upon such Officers and Delinquents, as shall not then and there make out some just and reasonable Cause for not complying with their Duty; and to order and dispose of all such Fines, in the first place for buying Drums, Trumpets, Colours, and other Necessaries for the Use of the Company from whence the same shall arise, and afterwards for supplying the Militia with Arms: And the said Court is hereby directed and required to keep a Register of all their Proceedings, and for that Purpose to appoint a Clerk, and to allow him a reasonable salary out of the said Fines; and after the holding of every such Court, the Clerk shall make out Copies of their Orders, and deliver the same, within one Month next following such Court, to the Sheriff of the County, who is hereby impowered and directed to demand and receive the Sums therein charged, of the Persons made chargeable therewith; and in Case of Non-Payment on or before the First Day of May then next following, to levy the same by Distress and Sale of the Goods of the Party refusing, according to the Laws now in Force for enabling the sale of Goods destrained for Public and County Taxes; which

Digitized by Google

# BACKGROUNDS OF SELECTIVE SERVICE

# Military Obligation:

# THE AMERICAN TRADITION

*A Compilation of the Enactments of Compulsion*

*From the Earliest Settlements*

*of the Original Thirteen Colonies in 1607*

*Through the*

*Articles of Confederation 1789*

SPECIAL MONOGRAPH NO. 1

VOLUME II

PART 14.  VIRGINIA ENACTMENTS

## THE SELECTIVE SERVICE SYSTEM

# 1947

Digitized by Google

## CLEARANCE COMMITTEE

Brig. Gen. Carlton S. Dargusch, *Chairman*

Col. Victor J. O'Kelliher          Lt. Col. Arthur Boone

Col. Lewis F. Kosch                Lt. Col. Irving Hart

Col. William Hart                  Mr. Kenneth H. McGill

## PREPARED AND COMPILED BY

Lt. Col. Arthur Vollmer

## GOVERNMENT PRINTING OFFICE

WASHINGTON : 1947

FOR SALE BY THE SUPERINTENDENT OF DOCUMENTS, U. S. GOVERNMENT
PRINTING OFFICE, WASHINGTON 25, D. C.



militia of this colony, shall be an inhabitant of, and resident in the county of which he is, or shall be commissioned to be an officer of the militia.

III. *And be it further enacted, by the authority aforesaid,* That the lieutenant, or in his absence, the chief officer of the militia in every county shall list all male persons, above the age of eighteen years, and under the age of sixty years, within this colony, (imported servants excepted) under the command of such captain, as he shall think fit, within two months after the passing of this act.

*Who to be listed in the militia.*

IV. *Provided always,* That nothing herein contained shall be construed to compel any persons hereafter mentioned, to muster, that is to say, such as are members of the council, speaker of the house of Burgesses, receiver general, auditor, secretary, attorney general, clerk of the council, clerk of the secretary's office, ministers of the church of England, the president, masters or professors, and students of William and Mary college, the mayor, recorder, and Aldermen of the city of Williamsburg, and borough of Norfolk, the keeper of the public goal, any person being *bona fide,* an overseer over four servants or slaves, and actually residing on the plantation where they work, and receiving a share of the crop or wages, for his care and pains, in looking after such servants and slaves: Any miller having the charge and keeping of any mill, and founders, keepers, or other persons employed in or about any copper, iron or lead mine, who are all hereby exempted, from being inlisted, or any way concerned in the militia, during the time they shall continue in any such station or capacity.

*Who to be exempted.*

V. *And be it further enacted, by the authority aforesaid,* That every person so as aforesaid inlisted, (except the people commonly called Quakers, free Mulattoes, negroes and Indians) and placed or ranked in the horse or foot, shall be armed and accoutred in the manner following, that is to say; every horseman shall be furnished with a serviceable horse, a good saddle, with a breast-plate, crupper and curb bridle, carbine and bucket, holsters, a case of pistols, cutting sword, double cartouch box, and six charges of powder, and constantly appear with the same, at the time and place appointed for muster and exercise, and shall keep at his place of abode, one pound of powder and four pounds of ball, and bring the same into the field with

*How to be accoutred.*

145

