Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, et al, Plaintiffs<br><br>vs.<br><br>ROB BONTA, Attorney General of California, et al, Defendants. | Case No. 3:20-cv-02470-WQH-MMP<br><br>**DECLARATION OF RAYMOND M. DiGUISEPPE IN SUPPORT OF EXHIBIT TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date: To be set by the Court<br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B |

**Declaration of Raymond M. DiGuiseppe in Support of
Exhibit to Plaintiffs' Opposition to Defendants'
Renewed Motion for Summary Judgment**

1. I am lead counsel for Plaintiffs in the above-referenced matter.

2. I am competent to testify to the matters set forth in this declaration, and if called to do so, I would and could so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Renewed Motion for Summary Judgment.

3. **Exhibit 1** represents an excerpt of a true and correct copy of RANDOLPH ROTH, AMERICAN HOMICIDE (2009), p. 27, which is readily available in the public domain at https://www.hoplofobia.info/wp-content/uploads/2020/07/2009-Randolph_Roth-American_Homicide.pdf. The facts contained therein detailing official records of

1

governmental agencies memorialized in the public record are properly subject to judicial notice. *Daniels-Hall v. National Educ. Ass'n*, 629 F.3d 992, 999 (9th Cir. 2010) (Fed.R.Evid. 201 "allow[s] a court to take judicial notice of a fact 'not subject to reasonable dispute in that it is ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned'"); *Louis v. McCormick & Schmick*, 460 F.Supp.2d 1153, 1156 n. 4 (C.D. Cal. 2006) ("Under Rule 201 of the Federal Rules of Evidence, the court may take judicial notice of the records of state courts, the legislative history of state statutes, and the records of state administrative agencies."). The same also constitutes "legislative facts," which "have relevance to the legal reasoning and the lawmaking process, whether in the formulation of a legal principle or ruling by a judge or court in the enactment of a legislative body," Fed. R. Evid. 201, 1972 Advisory Committee Note, and to which the rules of evidence generally do not apply, *see, e.g.*, *Wiesmueller v. Kosobucki*, 547 F.3d 740, 742 (7th Cir. 2008) (Posner, J., in chambers); *see also* 1 Mueller & Kirkpatrick, Fed. Evid. 2:12 (4th ed. Thomson Reuters/Westlaw 2013) ("[T]he Rules do not regulate . . . any aspect of noticing legislative facts.").

Respectfully submitted October 13, 2023,

>/s/ *Raymond M. DiGuiseppe*
> Raymond M. DiGuiseppe
> The DiGuiseppe Law Firm, P.C.
> 116 N. Howe Street, Suite A
> Southport, NC 28461
> Tel.: 910-713-8804
> Email: law.rmd@gmail.com
> *Attorney for Plaintiffs*