Raymond M. DiGuiseppe
California State Bar No. 228457
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, et al, Plaintiffs<br><br>vs.<br><br>ROB BONTA, Attorney General of California, et al, Defendants. | Case No. 3:20-cv-02470-WQH-MMP<br><br>**INDEX OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date: To be set by the Court<br>Judge: Hon. William Q. Hayes<br>Courtroom: 14B |

**Index of Exhibits to Plaintiffs' Opposition to
Defendants' Renewed Motion for Summary Judgment**

Plaintiffs submit this Index of Exhibits to Plaintiffs' Opposition to Defendants' Renewed Motion for Summary Judgment.

The exhibit and description are as follows:

| **Exhibit No.** | **Title/Description** |
|---|---|
| **1.** | RANDOLPH ROTH, AMERICAN HOMICIDE 27 (2009), excerpt.[1] |

---

[1] The entire publication is available online at https://www.hoplofobia.info/wp-content/uploads/2020/07/2009-Randolph_Roth-American_Homicide.pdf.

1

1 | Respectfully submitted October 13, 2023,

/s/ *Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
The DiGuiseppe Law Firm, P.C.
116 N. Howe Street, Suite A
Southport, NC 28461
Tel.: 910-713-8804
Email: law.rmd@gmail.com
*Attorney for Plaintiffs*

2