# Plaintiffs' Opposition to Defendants' Renewed Motion for Summary Judgment

## Exhibit 1
## Randolph Roth, American Homicide 27 (2009) (excerpt)

(full publication available online at https://www.hoplofobia.info/wp-content/uploads/2020/07/2009-Randolph_Roth-American_Homicide.pdf)

# AMERICAN HOMICIDE

## RANDOLPH ROTH



# "Cuttinge One Anothers Throates"

*Homicide in Early Modern Europe and America*

Throughout most of the seventeenth century, the murder rate among unrelated adults in Europe's North American colonies surpassed the worst rates the United States experienced in the twentieth century. New France, New England, New Netherlands, and the Chesapeake were extremely violent during the early years of European colonization. The violence was not solely a product of the clash between settlers and Native Americans. Non-Puritans killed Puritans; the Dutch killed their fellow Dutch; Englishmen killed Frenchmen; and Frenchmen retaliated. Men died in clashes between rival governments and political factions that fought to control trade and territory. The surviving records indicate that peacetime murder rates for adult colonists— that is, rates that include only killings that took place outside the bounds of warfare—ranged from 100 to 500 or more per year per 100,000 adults, ten to fifty times the rate in the United States today. Peacetime homicide rates for Native Americans were probably higher still, given how frequently they were murdered by Europeans.[1]

As soon as political stability was established on a contested frontier, sometimes by treaty, sometimes by military action, rates for all types of homicide fell. But by today's standards the colonies remained homicidal for decades after the initial years of settlement. Annual rates ranged from 9 per 100,000 adult colonists in New England to 20 to 40 per 100,000 in New France, New Netherlands, and the Chesapeake—