UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN, an individual; DOMINIC BOGUSKI, an individual; JAY MEDINA, an individual; FRANK COLLETTI, an individual; JOHN PHILLIPS, an individual; PWGG, L.P., a California Limited Partnership; DARIN PRINCE, an individual; NORTH COUNTY SHOOTING CENTER, INC., a California Corporation; FIREARMS POLICY COALITION, INC.; SAN DIEGO COUNTY GUN OWNERS PAC; and SECOND AMENDMENT FOUNDATION,<br><br>       Plaintiffs,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; and LUIS LOPEZ, Director of the Attorney General's Department of Justice Bureau of Firearms,<br><br>       Defendants. | Case No. 3:20-cv-02470-WQH-MMP<br><br>**JUDGMENT** |

HAYES, Judge:

  In accordance with the Court's March 11, 2024, Order (ECF No. 69),

  IT IS HEREBY ORDERED that:

The Court declares that California Penal Code sections 27535 and 27540(f), and Defendants' enforcement policies, practices, customs, and actions related to enforcement of California Penal Code sections 27535 and 27540(f), violate the right to keep and bear arms protected under the Second and Fourteenth Amendments to the United States Constitution;

Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Bureau of Firearms, and their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them who receive notice of this injunction, are hereby enjoined from enforcing California Penal Code sections 27535 and 27540(f), and from enforcing Defendants' enforcement policies, practices, customs, and actions related to enforcement of California Penal Code sections 27535 and 27540(f).

Enforcement of this judgment is stayed for thirty (30) days from its entry to facilitate an appeal.

Dated: March 28, 2024

/s/ William Q. Hayes
Hon. William Q. Hayes
United States District Court