ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as California Attorney General, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE NGUYEN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California; and ALLISON MENDOZA, in her official capacity as Director of the Department of Justice Bureau of Firearms,**<br><br>Defendants. | Case No. 3:20-cv-02470-WQH-MMP<br><br>**REPRESENTATION STATEMENT**<br><br>**[Fed. R. App. P. 12(b)]**<br><br>Judge:  Hon. William Q. Hayes<br>Action Filed: 12/18/2020 |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendants-Appellants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her capacity as the Director of the Department of Justice Bureau of Firearms, hereby submit the

following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

*Defendants-Appellants:*

Anthony Hakl (anthony.hakl@doj.ca.gov)
Jerry Yen (jerry.yen@doj.ca.gov)
Office of the California Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7836
Fax: (916) 324-8835

*Plaintiffs-Appellees:*

Raymond M. DiGuiseppe (law.rmd@gmail.com)
The DiGuiseppe Law Firm, P.C.
206 East Nash Street, #10790
Southport, NC 28461
Tel.: 910-713-8804

Dated: March 29, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Jerry T. Yen*

JERRY T. YEN
Deputy Attorney General
*Attorneys for Rob Bonta, in his official capacity as California Attorney General, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*