

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-2036
Originating Case Number: 3:20-cv-02470-WQH-MMP

Case Title: Nguyen, et al. v. Bonta, et al.

**Monday, April 8, 2024**
Rob Bonta — Mediation Questionnaire due
Allison Mendoza — Mediation Questionnaire due

**Friday, April 12, 2024**
Rob Bonta — Appeal Transcript Order Due
Allison Mendoza — Appeal Transcript Order Due

**Monday, May 13, 2024**
Rob Bonta — Appeal Transcript Due
Allison Mendoza — Appeal Transcript Due

**Friday, June 21, 2024**
Rob Bonta — Appeal Opening Brief Due
Allison Mendoza — Appeal Opening Brief Due

**Monday, July 22, 2024**
Michelle Nguyen — Appeal Answering Brief Due
Dominic Boguski — Appeal Answering Brief Due
Jay Medina — Appeal Answering Brief Due
Frank Colletti — Appeal Answering Brief Due

| | |
|---|---|
| John Phillips | Appeal Answering Brief Due |
| Pwgg, Lp | Appeal Answering Brief Due |
| Darin Prince | Appeal Answering Brief Due |
| North County Shooting Center, Inc. | Appeal Answering Brief Due |
| Firearms Policy Coalition, Inc. | Appeal Answering Brief Due |
| San Diego County Gun Owners PAC | Appeal Answering Brief Due |
| Second Amendment Foundation | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**